**Order entered January 28, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01268-CR

### JENNIFER FOLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 14-0094-K26**

## ORDER

We **REINSTATE** this appeal.

On November 19, 2018, we granted the motion of Jeremiah Walters to withdraw as counsel and ordered the trial court to conduct a hearing to determine whether appellant should be appointed new counsel.

On January 25, 2019, we received the trial court's order and appointment. We **DIRECT** the Clerk to list Kevin Stryker as appointed counsel for appellant. All future correspondence should be sent to Kevin Stryker, Three Sugar Creek Center, Suite 100, Sugarland, TX 77478.

The reporter's record was due November 18, 2018.

/s/    LANA MYERS
        JUSTICE